THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. NORWEGIAN UNDER-WRITERS and Others, Respondents.— Motion granted unless appellant perfects appeal and files papers on or before October 15, 1929, in which case motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

SUNDAY TELEGRAM CORPORATION, Respondent, v. BOARD OF SUPERVISORS OF THE COUNTY OF ALBANY, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

HOWARD S. KING, Appellant, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Application of ABRAHAM L. DAVIS to Vacate an Attachment upon His Property.— Order reversed on the law, with ten dollars costs and disbursements, on the ground that the court had no jurisdiction to make the order. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.

JAMES H. DONNELLY and Others, Respondents, v. THOMAS F. GALVIN, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

HARRY L. BERINSTEIN and Another, as Executors, etc., of WILLIAM BERINSTEIN, Deceased, Respondents, v. JACOB FELTMAN and Another, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

PETER ROSSI, Respondent, v. THE CITY OF SCHENECTADY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ. [133 Misc. 792.]

ALBERT W. PYNE and Another, Respondents, v. MARY BAUDER HOWARD and Others, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck JJ.

MARY K. DE WITT, Respondent, v. MARTIN A. DE WITT, Appellant.— Orders unanimously affirmed, with ten dollars costs and disbursements in one appeal. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

LUCIEN B. BOIRE, JR., an Infant, by LUCIEN B. BOIRE, His Guardian ad Litem, Respondent, v. F. B. O. PICTURE CORPORATION and GEORGE GOLDBERG, Appellants, and Another.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.